**95–1353.** Bldg. Industry Assn. of Cleveland v. Westlake. *Cuyahoga County*, No. 67205. Reported at 74 Ohio St.3d 1417, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**95–1384.** Lemley v. Stevenson. *Erie County*, No. E–94–40. Reported at 74 Ohio St.3d 1417, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

RESNICK, J., not participating.

**95–1387.** Johnson v. Burgins. *Summit County*, No. 16869. Reported at 74 Ohio St.3d 1417, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

**95–1439.** Lucas v. Gee. *Franklin County*, No. 94APE09–1343. Reported at 74 Ohio St.3d 1418, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

**95–1474.** State v. Robinson. *Hamilton County*, Nos. C–940526 and C–940527. Reported at 74 Ohio St.3d 1418, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**95–1483.** Allison v. Hadley. *Franklin County*, No. 94APE10–1551. Reported at 74 Ohio St.3d 1422, 655 N.E.2d 742. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**95–1486.** Baker v. Hadley. *Franklin County*, Nos. 94APE10–1550 and 94APE10–1552. Reported at 74 Ohio St.3d 1422, 655 N.E.2d 742. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**95–1494.** McPhillips v. Cleveland Bd. of Zoning Appeals. *Cuyahoga County*, No. 67314. Reported at 74 Ohio St.3d 1418, 655 N.E.2d 739. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**95–1573.** Garnett v. Pub. Storage. *Cuyahoga County*, No. 67458. Reported at 74 Ohio St.3d 1418, 655 N.E.2d 739. On motion for reconsideration. Motion denied.

**95–1728.** State v. Algarin. *Erie County*, No. E–94–029. Reported at 74 Ohio St.3d 1411, 655 N.E.2d 409. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**95–2065.** State ex rel. Cossett v. Executive State Governors Federalism Summit. In Mandamus. Reported at 74 Ohio St.3d 1416, 655 N.E.2d 737. On motion for reconsideration. Motion denied.